UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DARRIN LAPINE,

      Plaintiff,                                    Case No. 1:21-cv-10697

v.                                                  Honorable Thomas L. Ludington
                                                     United States District Judge
JON PAVITT et al.

                                                     Honorable Elizabeth A. Stafford
      Defendants.                                 United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT FOR FAILURE TO PAY FILING FEE**

On March 20, 2021, while on parole, Darrin LaPine sued 33 defendants for offenses related to the conditions of his confinement. ECF No. 1. The case was referred to Magistrate Judge Elizabeth A. Stafford. ECF No. 6. After Plaintiff's *in forma pauperis* status was revoked, ECF No. 39, Judge Stafford directed him to pay the filing fee by August 10, 2022, ECF No. 40. He did not.

On September 28, 2022, Judge Stafford issued an R&R recommending that this Court dismiss the Complaint for failure to pay the filing fee. ECF No. 41. The R&R states that the parties may object to and seek review of the R&R within 14 days of service, neither party filed any objections. They have therefore waived their right to appeal Judge Stafford's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 41, is **ADOPTED**, and Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

Dated: October 25, 2022                           s/Thomas L. Ludington
                                                           THOMAS L. LUDINGTON
                                                           United States District Judge